UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v. –

THE DOMAIN NAMES
(i) HTTPS://CURECOG.COM;
(ii) HTTPS://PHARMACYSTORESONLINE.COM;
(iii) HTTPS://CAREONLINESTORE.COM;
(iv) HTTPS://YOURPHAMACY.ONLINE;
(v) HTTPS://MD724.COM;
(vi) HTTPS://GREENLEAFDISPENSARYSTORE.COM;
(vii) HTTPS://WHATISHYDROCODONE.WEEBLY.COM;
(viii) HTTPS://ORDERPAINKILLERSONLINE.COM;
and (ix) HTTPS://USAMEDSTORES.COM,

Defendants-in-rem.

**Unsealing Order**

**24 MAG. 3470**

---

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Katherine Cheng;

It is found that the Seizure Warrant in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that unsealed, and it is therefore:

ORDERED that the Seizure Warrant in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         October 21, 2024

_____
HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK